United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SOTHEARITH CHEA,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-0014** |
| | § | |
| **KRISTI NOEM, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

After the Government obtained travel documents for Petitioner, Petitioner sought three days' release before being permitted to report for removal at a location designated by the Department of Homeland Security (ECF No. 9). At a hearing on February 5th, 2026, the Court found that the Government unlawfully detained Petitioner in September and, in light of this violation, **GRANTED** Petitioner's request. The Court **GRANTS** the Government leave to effectuate Petitioners removal after this three-day period of release.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 6th day of February, 2026.

Keith P. Ellison
United States District Judge